SCHWARTZ & PONTERIO, PLLC

ATTORNEYS AT LAW
134 West 29th Street – Suite 1006
New York, New York 10001-5304
Tel. No.: (212) 714-1200
Fax No.: (212) 714-1264
E-Mail: mschwartz@splaw.us

August 21, 2006

**BY ECF FILING and PRIORITY MAIL**

Hon. Leonard D. Wexler
United States District Court
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

      Re:   *McPartland v. Basile*
               Docket No 02 CV 6626
               Our File No. 7776.01

Dear Judge Wexler:

     We represent plaintiff Stephen McPartland in the above matter. We are writing to advise the Court that the parties have reached a final settlement. We enclose a First Amended Stipulation of Settlement and we ask that it be "So Ordered" and docketed by the Court.

     Please contact me should you have any questions or require any additional information.

     Thank you.

                                  Respectfully yours,

                                  Matthew F. Schwartz

MFS:ms
Enclosure

cc:    Mark R. Basile, Esq. (By E-Mail)